UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
RICHARD EINSTEIN DAVIS, JD,  :
         Plaintiff,  :
                                   :        **ORDER**

v.  :
                                   :        22 CV 9501 (VB)
MERCK & CO.,  :
         Defendant.  :
--------------------------------------------------------------x

       The Court has reviewed Mr. Sussman's response to the Court's Order dated February 15, 2024 (Doc. #39), which directed him to show cause why a financial sanction should not be imposed for his failure to appear at a scheduled conference without excuse or explanation. The Court finds a financial sanction of $250.00, payable to opposing counsel's firm, is appropriate under the circumstances. Payment shall be made by February 23, 2024.

Dated: February 16, 2024
       White Plains, NY

                                            SO ORDERED:

                                            Vincent L. Briccetti
                                            United States District Judge