UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
RICHARD EINSTEIN DAVIS, JD,
        Plaintiff,

v.

MERCK & CO.,
        Defendant.
------------------------------------------------------------x

**ORDER**

22 CV 9501 (VB)

As discussed at a conference held today and attended by counsel for all parties, it is HEREBY ORDERED:

1. The parties are directed to continue settlement discussions in good faith. By **May 3, 2024**, the parties shall file a joint status report providing an update on the status of settlement discussions and indicating whether either party, or both parties, would like more time to discuss settlement.

2. If no request for additional time to discuss settlement is made, defendant shall file its motion for summary judgment by **June 3, 2024**.

3. Plaintiff's opposition to defendant's motion for summary judgment is due by **June 24, 2024**.

4. Defendant's reply is due by **July 8, 2024**.

Dated: April 2, 2024
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge