USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-11-25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
RICHARD EINSTEIN DAVIS, JD,

        Plaintiff,

v.

MERCK & CO.,

        Defendant.
--------------------------------------------------------------x

**ORDER**

22 CV 9501 (VB)

As discussed at a conference held today and attended by counsel for all parties, it is

HEREBY ORDERED:

1. By **September 2, 2025**, the parties shall submit any motions in limine.

2. Oppositions to motions in limine, if any, are due **September 9, 2025**. No replies will be permitted absent prior Court approval.

3. By **June 16, 2025**, the parties shall submit a Joint Pretrial Order, which shall comply with both Fed. R. Civ. P. 26(a)(3) and Paragraph 4.A of the Court's Individual Practices.

4. By **August 25, 2025**, the parties shall submit proposed voir dire, joint proposed jury instructions, and a joint verdict form. (See Paragraph 4.B of the Court's Individual Practices). The parties' joint proposed jury instructions shall consist of a single document, noting any areas of disagreement between the parties. The proposed instructions should include both the text of any requested instruction as well as a citation, if available, to the authority from which it derives. The proposed instructions should also be submitted by email to Chambers in Word format.

5. A final pre-trial conference is scheduled for **September 17, 2025, at 3:00 p.m.**, to be conducted in person at the White Plains Courthouse, Courtroom 620.

6. Jury selection and trial are scheduled to begin on **September 22, 2025, at 9:30 a.m.**

Dated: April 11, 2025
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge