USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/31/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
RICHARD EINSTEIN DAVIS, JD,            :
           Plaintiff,                                   :
                                                             :  **ORDER**
v.                                                         :
                                                             :  22 CV 9501 (VB)
MERCK & CO.,                                      :
           Defendant.                                :
--------------------------------------------------------------x

      As discussed at a telephone conference held on the record today and attended by counsel for all parties, it is HEREBY ORDERED:

1. Defendant's motion for leave to take a de bene esse deposition of Brittney Brooks is DENIED, in light of the parties' agreement that Ms. Brooks will testify by contemporaneous transmission at trial pursuant to Rule 43(a).

2. By **November 6, 2025**, defense counsel shall submit a joint letter on behalf of both parties explaining (i) when during trial Ms. Brooks will likely testify by contemporaneous transmission, (ii) which party will be calling Ms. Brooks as a witness, and (iii) whether the parties have reached a resolution on the issue of Mr. Trotter's testimony, and if so, what is the resolution.

3. For the reasons set forth on the record in the Court's bench ruling, defendant's motion in limine to preclude evidence of financial status is DENIED, defendant's motion in limine to preclude evidence of plaintiff's tax documents is DENIED, and the Court deferred ruling on defendant's motion in limine to exclude Dr. Cohen's handwritten notes.

The Clerk is directed to terminate the motions. (Docs. ##84, 86, 87, 89).

Dated: October 30, 2025
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge