USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/15/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

RICHARD EINSTEIN DAVIS, JD,                    :
                 Plaintiff,              :

                                :

v.                                             :

                                :

MERCK & CO.,                                   :
                 Defendant.              :

-------------------------------------------------------------x

## ORDER

22 CV 9501 (VB)

The Court has been advised that the parties have reached a resolution in this case. (Doc. #107).

Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application is made by no later than **January 15, 2026**. To be clear, any application to restore the action must be filed by **January 15, 2026**, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

All other pending deadlines are cancelled.

Dated: December 15, 2025           SO ORDERED:
       White Plains, NY

                                    Vincent L. Briccetti
                                    United States District Judge